FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN GALVAN-DUARTE,<br>Defendant. | Criminal Case No. 08CR1439DMS<br>**Superseding**<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about April 15, 2002, within the Southern District of California, defendant JUAN GALVAN-DUARTE, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Immigration Official that he was a United States citizen named Sergio Garcia, whereas in truth and fact, as defendant then and there well knew that statement and

//

//

//

//

CEM:es:Imperial
6/26/08

representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 27, 2008 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney